UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHANDLER,<br><br>      Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION, et al.,<br><br>      Defendants. | No. C 05-0503 MJJ (BZ)<br><br>**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT** |

On September 12, 2005, the Honorable Martin J. Jenkins referred plaintiff's motion for entry of default judgment to me for a report and recommendation. Because the Clerk's Office declined to enter defendant's default on August 3, 2005, I **RECOMMEND** that plaintiff's motion for entry of default judgment be denied as moot.

Dated: October 27, 2005

                                      *Bernard Zimmerman* (signature)
                                      Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\CHANDLER\DEFAULT.wpd

1