```
                                                    FILED
                                                  MAR 2 4 2006
                                                RICHARD W. WIEKING
                                             CLERK U.S. DISTRICT COURT,
                                          NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER, | No. C05-00503 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION ET AL, | |
| Defendant. | |

    Pending before the Court is Plaintiff's Motion for Default Judgment (Doc. No. 10). On October 27, 2005, Magistrate Judge Zimmerman issued a Report and Recommendation ("R&R") (Doc No. 19). The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's Motion as Moot.

**IT IS SO ORDERED.**

Dated: March 2 4, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE