IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY CHANDLER,                         No C 05-0503 VRW

        Plaintiff,
                                    ORDER

    v

BARBARA PERKINS and TIMOTHY LEE GRAY,

        Defendants.

_____/

       On February 15, 2008, this matter was reassigned to the undersigned judge. For the reasons stated herein, the court now dismisses this action sua sponte.

       Plaintiff Gregory Chandler filed his complaint seeking the recovery of attorney fees for his work representing defendant Barbara V Perkins. Doc #1. The complaint named as defendants, in addition to Perkins, the Social Security Administration and Timothy Lee Gray. The complaint identified the latter as "the representative payee for Perkins." Complaint ¶1. Chandler served Perkins with the complaint. Doc #4.

        Social Security Administration Commissioner Jo Ann Barnhart moved for dismissal under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5) (Doc #7); on September 27, 2005, the court granted the motion without prejudice.  Doc # 18.  Separately, Chandler moved for entry of default against the Social Security Administration and Perkins.  Doc #10.  The court referred the latter to a magistrate judge who, on October 27, 2005, recommended denial of the motion because the clerk had declined to enter default against both defendants.  Doc #19.  Chandler did not object to the report and recommendation and, in fact, there was no activity in the case for an interval of five months until March 24, 2006, when the court entered an order adopting the report and recommendation of the magistrate judge.  Doc #20.

        On March 26, 2006 and again on July 5, 2006, Chandler filed motions for an order to show cause as to Perkins, specifically "why she has not filed an answer or response in this action."  Doc #21, 22.  There was no response to this motion, nor was there any hearing held on the motion or motions.

        The case then lay dormant for eighteen months until the clerk of the court reassigned it.

        Because Chandler (1) took no steps to prosecute his action against Gray; (2) has not re-filed his complaint against Barnhart (now Astrue); and (3) has taken no steps to pursue his claim against Perkins in the past eighteen months, it is appropriate to dismiss this action in its entirety, without prejudice.

\\
\\
\\
\\

The clerk is directed to close the file and terminate all pending motions.

IT IS SO ORDERED.

                                       VAUGHN R WALKER
                                       United States District Chief Judge